Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Kathryn Delelio

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KATHRYN DELELIO,

    Plaintiff,

    v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. SACV17-1701-AS

**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS**

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS and NO CENTS ($2,700.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: March 20, 2018          _____/ s /_____
                                                   THE HONORABLE ALKA SAGAR
                                                   UNITED STATES MAGISTRATE JUDGE